UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

BENNIE U. STAFFORD,                                       Civil No. 06-3916 (JRT/AJB)

      Plaintiff,

v.                                                        **ORDER**

RAMSEY COUNTY ATTORNEY: SUSAN
GAERTNER, MARK LYSTIG, JUDGE:
MARGARET MARRINAN, RAMSEY
COUNTY ADULT SUPERVISION, DAWN
BLOCK ET AL., MN. DOC COMMISSIONERS
JOAN FABIAN, ET AL., JEFF CARLSON,
LYNN DINGLE, MN STATE PUBLIC
DEFENDERS OFFICE, ET AL.,

      Defendants.

---

    Bennie U. Stafford, #118547, MCF-Stillwater, 970 Pickett Street North, Bayport, MN 55003-1490, petitioner *pro se*.

    Thomas R. Ragatz, Assistant Attorney General, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1800, St. Paul, MN 55101, for respondents.

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 15, 2006, all the files and records, and no objections having been filed to said Recommendation,

    **IT IS HEREBY ORDERED** that:

    1. Petitioner's application for a writ of habeas corpus, [Docket No. 1], is **DENIED**;

2. Petitioner's "Motion to Waive Additional Copies [etc.]," [Docket No. 4], is **DENIED** as moot; and

3. This action is summarily **DISMISSED WITHOUT PREJUDICE**.


DATED:  December 11, 2006                     s/John R. Tunheim
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                              United States District Judge